# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3194
LT Case No. 2024-CJ-000405-E

_____

A.B., A CHILD,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Lake County.
Jason J. Nimeth, Judge.

Matthew J. Metz, Public Defender, and Judson Searcy, Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Daniel P. Caldwell, Assistant Attorney General, Daytona Beach, for Appellee.

April 9, 2026

PER CURIAM.

    AFFIRMED.

SOUD, BOATWRIGHT, and KILBANE, JJ., concur.

―――――――――――――――――

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

―――――――――――――――――